UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IN RE:                                                                    Bankruptcy No: 18-36223

Dirk Geithner

                                                                              AFFIDAVIT IN SUPPORT OF
                        Debtor.                                    APPLICATION TO WITHDRAW

---------------------------------------------------------X        Chapter 13
STATE OF NEW YORK
COUNTY OF WESTCHESTER

    Dirk Geithner, being duly sworn, deposes and states that he is the debtor in the above referenced bankruptcy proceeding and makes this Affidavit in Support of the Application to voluntarily withdraw the instant Chapter 13 Bankruptcy petition.

    On July 24, 2018 I filed this Chapter 13 Bankruptcy case. I have not converted this case from any other Chapter.

    Pursuant to a stipulation of settlement with Gary F. Herbst, Esq. as plan administrator of the bankruptcy estate of Exeter Holding LTD dated November 2, 2018. I have transmitted the funds necessary to payoff my mortgages to Mr. Herbst. Since the

case is now settled with my mortgages and I have performed under the stipulation it is

now my desire, pursuant to 11 U.S.C. Section 1307, to have this case dismissed.

Therefore it is respectfully requested that the court grant the application to

voluntarily dismiss this Chapter 13 proceeding pursuant to 11 U.S.C. Section 1307.

s/ _____
Dirk Geithner

Sworn to before me this
3rd day of January 2019.

s/ _____
Notary Public

SCOTT MOENIG
Notary Public - State of New York
NO. 01MO6284058
Qualified in Dutchess County
My Commission Expires Aug 5, 2021

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK                    Bankruptcy No: 18-36223

-----------------------------------------------------------X

IN RE:

Dirk Geithner                                                               ORDER DISMISSING

               Debtor                                               CHAPTER 13 BANKRUPTCY

                                                                           CASE

-----------------------------------------------------------X

UPON READING AND FILING the Affidavit of the debtor Dirk Geithner, dated,

January 3, 2019 support of the instant application seeking the voluntary dismissal of this

Chapter 13 case pursuant to 11 U.S.C. Section 1307 (b) and it is

APPEARING that this case has not been converted from another Chapter pursuant

to 11 U.S.C. Section 706, Section 1112 and Section 1208 it is

ORDERED that this Chapter 13 Bankruptcy Case is hereby DISMISSED   pursuant

to 11 U.S.C. Section 1307(b).